JACK RUSSO (State Bar No. 96068)
TIM C. HALE (State Bar No. 114905)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email: jrusso@computerlaw.com
Email: thale@computerlaw.com

Attorneys for Plaintiff and Counter-Defendant
COMPETITIVE TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMPETITIVE TECHNOLOGIES, INC., a Delaware corporation, and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, an Illinois corporation,<br><br>     Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>FUJITSU LIMITED, a foreign corporation, FUJITSU LIMITED, a foreign corporation, FUJITSU HITACHI PLASMA DISPLAY LIMITED, a foreign corporation, FUJITSU GENERAL AMERICA, INC., a Delaware corporation, FUJITSU MICROELECTRONICS, INC., a California corporation,<br><br>     Defendants and Counter-Claimants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-02-01673 JCS<br><br>**NOTICE OF WITHDRAWAL OF RUSSO & HALE LLP AS CO- AND LOCAL COUNSEL FOR PLAINTIFF AND COUNTER-DEFENDANT COMPETITIVE TECHNOLOGIES, INC.** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that the law firm of Russo & Hale LLP has, with consent, withdrawn as co- and local counsel for Plaintiff and Counter-Defendant Competitive Technologies, Inc.

Please direct any and all pleadings and correspondence regarding this action to the law firm of Kirkpatrick & Lockhard Nicholson Graham LLP, Four Embarcadero Center, 10th Floor, San Francisco, CA 94111 (Attn: Kevin C. Trock, at ktrock@klng.com and Harold H. Davis, Jr., at hdavis@klng.com), which law firm, on March 29, 2006, entered appearance (Dkt. No. 689) as local counsel of record for Plaintiff and Counter-Defendant Competitive Technologies, Inc. in the above-referenced matter.

Dated: April 19, 2006

RUSSO & HALE LLP

BY: /s/ Tim C. Hale
Tim C. Hale

Attorneys for Plaintiff and Counter-Defendant
COMPETITIVE TECHNOLOGIES, INC.

Dated: April 20, 2006



GRANTED
Judge Joseph C. Spero

Notice of Withdrawal of Counsel        2        C-02-01673 JCS