UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPETITIVE TECHNOLOGIES, ET AL., | No. C-02-01673 JCS |
| Plaintiff(s), | **ORDER CONTINUING HEARING ON COSTS MOTIONS [Docket Nos. 683, 684 & 703]** |
| v. | |
| FUJITSU LIMITED, ET AL., | |
| Defendant(s). | |

Currently pending before this Court are motions to review the Clerk's taxation of costs in this action. *See* Docket Nos. 683, 684 and 703. **The hearing on these motions scheduled for Friday, May 19, 2006 at 9:30 a.m., is continued to Friday, August 25, 2006 at 1:30 p.m.** In the event that the Federal Circuit makes any ruling that may affect the resolution of the costs motions, the parties are instruct to contact the Court to schedule a Case Management Conference.

IT IS SO ORDERED.

Dated: May 3, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge