UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>FUJITSU LIMITED, a foreign corporation, FUJITSU GENERAL LIMITED, a foreign corporation, FUJITSU HITACHI PLASMA DISPLAY LIMITED, a foreign corporation, FUJITSU GENERAL AMERICA, INC., a Delaware corporation, FUJITSU MICROELECTRONICS AMERICA, INC., a California corporation,<br><br>Defendants.<br><br>AND COUNTERCLAIMS. | Case No. C02-01673 JCS<br><br>[~~PROPOSED~~] **STIPULATED ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

The parties to this action, through their counsel of record, hereby stipulate and agree as follows:

WHEREAS the Court issued a stay of this action in its September 20, 2004 Stipulated Order Entering Final Judgment of Some But Not All Claims Pursuant to Rule 54(b) and Staying Further Pretrial Proceedings ("the District Court Judgment");

[PROPOSED] STIPULATED ORDER SCHEDULING CASE MANAGEMENT CONFERENCE
Case No. C02-01673 JCS
pa-1097693

1

1  WHEREAS the Federal Circuit affirmed the District Court Judgment on June 15, 2006 ("the Federal Circuit Judgment");

WHEREAS, pursuant to Supreme Court Rule 13, the last day for filing a petition with the United States Supreme Court for a writ of certiorari to review the Federal Circuit Judgment was September 13, 2006; and

WHEREAS the parties believe it is appropriate to schedule a case management conference.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 7-12, that the parties jointly request that the Court schedule a case management conference for November 17, 2006, at 1:30 p.m. or at the Court's earliest convenience on or about that date.

Dated: October 3, 2006             IRELL & MANELLA LLP


                                   By:          /s/
                                          Reynaldo C. Barceló

                                   Attorneys for Plaintiff and
                                   Counterdefendant THE BOARD OF
                                   TRUSTEES OF THE UNIVERSITY
                                    OF ILLINOIS

Dated: October 3, 2006             KIRKPATRICK & LOCKHART
                                   NICHOLSON GRAHAM LLP


                                   By:          /s/
                                          John J. Cotter

                                   Attorneys for Counterdefendant
                                   COMPETITIVE TECHNOLOGIES,
                                   INC.

| | |
|---|---|
| Dated: October 3, 2006 | MORRISON & FOERSTER LLP |
| | By: /s/<br>Karl J. Kramer |
| | Attorneys for Defendants and Counterclaimants FUJITSU LIMITED, FUJITSU HITACHI PLASMA DISPLAY LIMITED, FUJITSU GENERAL LIMITED, FUJITSU GENERAL AMERICA, INC., FUJITSU MICROELECTRONICS AMERICA, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 4, 2006

_____
Hon. Jo
United S

Judge Joseph C. Spero

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures and/or written concurrences for any signature indicated by a "conformed" signature (/s/) within this electronically filed document.

                                                                                        _____/s/_____
                                                                                                Reynaldo C. Barceló