1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12   THE BOARD OF TRUSTEES OF THE              Case No.    C02-01673 JCS
     UNIVERSITY OF ILLINOIS, an Illinois
13   corporation,                              [~~PROPOSED~~] STIPULATED
                                               ORDER SETTING THE
14                  Plaintiff,                 BRIEFING SCHEDULE ON THE
                                               UNIVERSITY'S POST-APPEAL
15          v.                                 MOTION TO DISMISS
                                               FUJITSU'S COUNTERCLAIMS
16   FUJITSU LIMITED, a foreign corporation,
     FUJITSU GENERAL LIMITED, a foreign
17   corporation, FUJITSU HITACHI PLASMA
     DISPLAY LIMITED, a foreign corporation,
18   FUJITSU GENERAL AMERICA, INC., a
     Delaware corporation, FUJITSU
19   MICROELECTRONICS AMERICA, INC., a
     California corporation,
20
                    Defendants.
21

22   AND COUNTERCLAIMS.

23

24          The parties to this action, through their counsel of record, hereby stipulate and agree as

25   follows:

26          WHEREAS, the Court has previously set the University's Post-appeal Motion to Dismiss

27   Fujitsu's Counterclaims and further case management conference for hearing on **February 16,**

28   **2007, at 9:30 a.m.**;

     [~~PROPOSED~~] STIPULATED ORDER SETTING BRIEFING SCHEDULE
     Case No. C02-01673 JCS                                                              1

1    WHEREAS, the Court has previously ordered that the last brief on the Motion to Dismiss

2  shall be due three (3) weeks prior to the hearing date;

3    WHEREAS, the Court has previously ordered that an updated joint case management

4  conference statement shall be due by **February 9, 2007**;

5    IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court,

6  that:

7    1.    Any opposition to the Motion to Dismiss shall be due by **January 12, 2007**.

8    2.    Any reply to an opposition to the Motion to Dismiss shall be due by **January 26,**

9  **2007**.

10

11  Dated: December 4, 2006          IRELL & MANELLA LLP

12

13                                  By:            /s/
                                        Reynaldo C. Barceló
14

15                                  Attorneys for Plaintiff and
                                    Counterdefendant THE BOARD OF
                                    TRUSTEES OF THE UNIVERSITY
16                                  OF ILLINOIS

17  Dated: December 4, 2006          KIRKPATRICK & LOCKHART
                                    NICHOLSON GRAHAM LLP
18

19

20                                  By:            /s/
                                        John J. Cotter
21
                                    Attorneys for Counterdefendant
22                                  COMPETITIVE TECHNOLOGIES,
                                    INC.

23

24

25

26

27

28

[PROPOSED] STIPULATED ORDER SETTING BRIEFING SCHEDULE
Case No. C02-01673 JCS

1

2   Dated: December 4, 2006                    MORRISON & FOERSTER LLP

3

                                              By: _____/s/_____
4                                                     Karl J. Kramer

5                                              Attorneys for Defendants and
                                               Counterclaimants FUJITSU LIMITED,
6                                              FUJITSU HITACHI PLASMA
                                               DISPLAY LIMITED, FUJITSU
7                                              GENERAL LIMITED, FUJITSU
                                               GENERAL AMERICA, INC.,
8                                              FUJITSU MICROELECTRONICS
                                               AMERICA, INC.
9
          PURSUANT TO STIPULATION, IT IS SO ORDERED.
10

11

12   Dated: ____December 5____, 2006

13
                                        _____
14   Hon. J                             United
15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED ORDER SETTING BRIEFING SCHEDULE
Case No. C02-01673 JCS

1

**SIGNATURE ATTESTATION**

2          I hereby attest that I have on file all holograph signatures and/or written concurrences for

3 any signature indicated by a "conformed" signature (/s/) within this electronically filed document.

4

5

6                                                          _____/s/_____
                                                                  Reynaldo C. Barceló

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED ORDER SETTING BRIEFING SCHEDULE
Case No. C02-01673 JCS