1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12   THE BOARD OF TRUSTEES OF THE              Case No.    C02-01673 JCS
     UNIVERSITY OF ILLINOIS, an Illinois
13   corporation,                              [PROPOSED] STIPULATED
                                               ORDER MODIFYING THE
14                    Plaintiff,               BRIEFING SCHEDULE FOR THE
                                               UNIVERSITY'S POST-APPEAL
15         v.                                  MOTION TO DISMISS

16   FUJITSU LIMITED, a foreign corporation,
     FUJITSU GENERAL LIMITED, a foreign
17   corporation, FUJITSU HITACHI PLASMA
     DISPLAY LIMITED, a foreign corporation,
18   FUJITSU GENERAL AMERICA, INC., a
     Delaware corporation, FUJITSU
19   MICROELECTRONICS AMERICA, INC., a
     California corporation,
20
                      Defendants.
21
22   AND COUNTERCLAIMS.

23

24         The parties to this action, through their counsel of record, hereby stipulate as follows:

25         WHEREAS, the Court set the University's Post-appeal Motion to Dismiss Fujitsu's

26   Counterclaims and further case management conference for hearing on **February 16, 2007, at**

27   **9:30 a.m.**;

28

1    WHEREAS, the Court has previously ordered that any reply to Fujitsu's opposition to the

2    Motion to Dismiss is due by **January 26, 2007**;

3    WHEREAS, the Court-ordered mediation before Judge Lynch occurred on **January 25,**

4    **2007**;

5    WHEREAS, in light of the mediation, the parties have agreed that it makes sense that the

6    deadline to file any reply to Fujitsu's opposition to the Motion to Dismiss should be extended;

7    IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

8    1.    The reply to Fujitsu's opposition to the Motion to Dismiss shall not be due on

9    January 26, 2007.

10   2.    The parties shall meet and confer and consult the Court regarding any further

11   scheduling relating to the Motion to Dismiss.

12

13   Dated: January 26, 2007              IRELL & MANELLA LLP

14

15                                        By:  _____/s/_____

16                                             Perry Goldberg

17                                        Attorneys for Plaintiff and
                                          Counterdefendant THE BOARD OF
                                          TRUSTEES OF THE UNIVERSITY
18                                        OF ILLINOIS

19   Dated: January 26, 2007              KIRKPATRICK & LOCKHART
                                          NICHOLSON GRAHAM LLP
20

21

22                                        By:  _____/s/_____
                                               John J. Cotter
23

24                                        Attorneys for Counterdefendant
                                          COMPETITIVE TECHNOLOGIES,
                                          INC.
25

26

27

28

[~~PROPOSED~~] STIPULATED ORDER MODIFYING BRIEFING SCHEDULE
Case No. C02-01673 JCS

1
2
Dated: January 26, 2007                    MORRISON & FOERSTER LLP

3
4                                          By:        /s/
                                                   Karl J. Kramer
5
6                                          Attorneys for Defendants and
                                           Counterclaimants FUJITSU LIMITED,
                                           FUJITSU HITACHI PLASMA
7                                          DISPLAY LIMITED, FUJITSU
                                           GENERAL LIMITED, FUJITSU
8                                          GENERAL AMERICA, INC.,
                                           FUJITSU MICROELECTRONICS
9                                          AMERICA, INC.

10          PURSUANT TO STIPULATION, IT IS SO ORDERED.

11
12   Dated:   January 29      , 2007

13
14   Hon. Jo
     United S                              Judge Joseph C. Spero
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] STIPULATED ORDER MODIFYING BRIEFING SCHEDULE
Case No. C02-01673 JCS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures and/or written concurrences for any signature indicated by a "conformed" signature (/s/) within this electronically filed document.


_____/s/_____
Perry Goldberg

[PROPOSED] STIPULATED ORDER MODIFYING BRIEFING SCHEDULE
Case No. C02-01673 JCS