1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

12 THE BOARD OF TRUSTEES OF THE | Case No. C02-01673 JCS
UNIVERSITY OF ILLINOIS, an Illinois

13 corporation, | [PROPOSED] STIPULATED
ORDER SETTING CONTINUED

14 Plaintiff, | CASE MANAGEMENT
CONFERENCE

15 v.

16 FUJITSU LIMITED, a foreign corporation,
FUJITSU GENERAL LIMITED, a foreign

17 corporation, FUJITSU HITACHI PLASMA
DISPLAY LIMITED, a foreign corporation,

18 FUJITSU GENERAL AMERICA, INC., a
Delaware corporation, FUJITSU

19 MICROELECTRONICS AMERICA, INC., a
California corporation,

20

Defendants.

21

22 AND COUNTERCLAIMS.

23

24     The parties to this action, through their counsel of record, hereby stipulate as follows:

25     WHEREAS, the Court had set the University's Post-appeal Motion to Dismiss Fujitsu's

26 Counterclaims and further case management conference for hearing on **February 16, 2007, at**

27 **9:30 a.m.**;

28

[PROPOSED] STIPULATED ORDER SETTING CONTINUED CASE MANAGEMENT CONFERENCE
Case No. C02-01673 JCS

1

1    WHEREAS, in light of developments at the parties' Court-ordered mediation, the Court

2  took the previously-scheduled hearing off calendar;

3    WHEREAS, the Court has indicated that as a matter of case administration the parties

4  should schedule another Case Management Conference on a date certain;

5    IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

6    1.    The continued Case Management Conference shall take place on **March 30, 2007**

7  at 1:30 p.m..

8    2.    The parties shall file Case Management Statements by **March 23, 2007**.

9

10  Dated: February 16, 2007          IRELL & MANELLA LLP

11

12                                    By:  _____/s/_____
                                          Perry Goldberg
13
                                          Attorneys for Plaintiff and
14                                        Counterdefendant THE BOARD OF
                                          TRUSTEES OF THE UNIVERSITY
15                                        OF ILLINOIS

16  Dated: February 16, 2007          KIRKPATRICK & LOCKHART
                                      NICHOLSON GRAHAM LLP
17

18

19                                    By:  _____/s/_____
                                          John J. Cotter
20
                                          Attorneys for Counterdefendant
21                                        COMPETITIVE TECHNOLOGIES,
                                          INC.

22

23

24

25

26

27

28

[PROPOSED] STIPULATED ORDER SETTING CONTINUED CASE MANAGEMENT CONFERENCE
Case No. C02-01673 JCS

Dated: February 16, 2007                    MORRISON & FOERSTER LLP


                                            By: _____/s/_____
                                                    Karl J. Kramer

                                            Attorneys for Defendants and
                                            Counterclaimants FUJITSU LIMITED,
                                            FUJITSU HITACHI PLASMA
                                            DISPLAY LIMITED, FUJITSU
                                            GENERAL LIMITED, FUJITSU
                                            GENERAL AMERICA, INC.,
                                            FUJITSU MICROELECTRONICS
                                            AMERICA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: ____February 16____, 2007


Hon. _____
United _____

Judge Joseph C. Spero

[PROPOSED] STIPULATED ORDER SETTING CONTINUED CASE MANAGEMENT CONFERENCE
Case No. C02-01673 JCS

1    **SIGNATURE ATTESTATION**

2         I hereby attest that I have on file all holograph signatures and/or written concurrences for

3    any signature indicated by a "conformed" signature (/s/) within this electronically filed document.

4

5

6                                                        /s/
                                                    Perry Goldberg

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED ORDER SETTING CONTINUED CASE MANAGEMENT CONFERENCE
Case No. C02-01673 JCS