UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>FUJITSU LIMITED, a foreign corporation, FUJITSU GENERAL LIMITED, a foreign corporation, FUJITSU HITACHI PLASMA DISPLAY LIMITED, a foreign corporation, FUJITSU GENERAL AMERICA, INC., a Delaware corporation, FUJITSU MICROELECTRONICS AMERICA, INC., a California corporation,<br><br>Defendants.<br><br>AND COUNTERCLAIMS. | Case No.  C02-01673 JCS<br><br>**[PROPOSED] STIPULATED ORDER POSTPONING CASE MANAGEMENT CONFERENCE** |

The parties to this action, through their counsel of record, hereby stipulate and agree as follows:

WHEREAS the Court scheduled a case management conference for February 16, 2007;

[PROPOSED] STIPULATED ORDER POSTPONING CASE MANAGEMENT CONFERENCE
Case No. C02-01673 JCS
pa-1140289

WHEREAS in light of developments at the parties' Court-ordered mediation, the Court continued the case management conference to March 30, 2007, with case management statements due March 23, 2007; and

WHEREAS the parties require additional time to complete the mediation process and do not seek a continuance for purposes of delay or other improper reason.

IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

1. The Case Management Conference shall be continued to April 27, 2007.
2. The parties shall file Case Management Statements by April 20, 2007.

Dated: March 22, 2007     IRELL & MANELLA LLP

By:     s/Joseph Lipner
        Joseph Lipner

        Attorneys for Plaintiff and
        Counterdefendant THE BOARD OF
        TRUSTEES OF THE UNIVERSITY
        OF ILLINOIS

Dated: March 22, 2007     K & L GATES LLP

By:     s/John J. Cotter
        John J. Cotter

        Attorneys for Counterdefendant
        COMPETITIVE TECHNOLOGIES,
        INC.

pa-1140289

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 22, 2007 | MORRISON & FOERSTER LLP |
| 3 | | |
| 4 | | By: s/Karl J. Kramer |
| | | Karl J. Kramer |
| 5 | | |
| 6 | | Attorneys for Defendants and Counterclaimants FUJITSU LIMITED, FUJITSU HITACHI PLASMA DISPLAY LIMITED, FUJITSU GENERAL LIMITED, FUJITSU GENERAL AMERICA, INC., FUJITSU MICROELECTRONICS AMERICA, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 23, 2007

_____
Hon. J[oseph C. Spero]
United [States Magistrate Judge]

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; signature stamp: Judge Joseph C. Spero)*

pa-1140289

1     I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this **[PROPOSED] STIPULATED ORDER POSTPONING CASE MANAGEMENT CONFERENCE.** In compliance with General Order 45, X.B, I hereby attest that Joseph Lipner and John J. Cotter have concurred in this filing.

Dated: March 22, 2007           MORRISON & FOERSTER LLP

By:    s/Karl J. Kramer
       Karl J. Kramer
       Attorneys for Defendants and Counterclaimants
       FUJITSU LIMITED, FUJITSU HITACHI
       PLASMA DISPLAY LIMITED, FUJITSU
       GENERAL LIMITED, FUJITSU GENERAL
       AMERICA, INC., FUJITSU
       MICROELECTRONICS AMERICA, INC.

pa-1140289