UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>FUJITSU LIMITED, a foreign corporation, FUJITSU GENERAL LIMITED, a foreign corporation, FUJITSU HITACHI PLASMA DISPLAY LIMITED, a foreign corporation, FUJITSU GENERAL AMERICA, INC., a Delaware corporation, FUJITSU MICROELECTRONICS AMERICA, INC., a California corporation,<br><br>Defendants.<br><br>AND COUNTERCLAIMS. | Case No. C02-01673 JCS<br><br>**[PROPOSED] STIPULATED ORDER POSTPONING CASE MANAGEMENT CONFERENCE** |

The parties to this action, through their counsel of record, hereby stipulate and agree as follows:

WHEREAS a case management conference is currently scheduled for April 17, 2007; and

[PROPOSED] STIPULATED ORDER POSTPONING CASE MANAGEMENT CONFERENCE
Case No. C02-01673 JCS
pa-1140289

WHEREAS the parties require additional time to complete the mediation process and do not seek a continuance for purposes of delay or other improper reason;

IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

1. The Case Management Conference shall be continued to May 25, 2007.
2. The parties shall file Case Management Statements by May 18, 2007.

Dated: April 19, 2007    IRELL & MANELLA LLP

By: _____/s/_____
    Perry Goldberg

Attorneys for Plaintiff and Counterdefendant THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS

Dated: April 19, 2007    K & L GATES LLP

By: _____/s/_____
    John J. Cotter

Attorneys for Counterdefendant COMPETITIVE TECHNOLOGIES, INC.

pa-1140289

| | | |
|---|---|---|
| Dated: April 19, 2007 | | MORRISON & FOERSTER LLP |
| | By: | /s/ |
| | | Karl J. Kramer |
| | | Attorneys for Defendants and Counterclaimants FUJITSU LIMITED, FUJITSU HITACHI PLASMA DISPLAY LIMITED, FUJITSU GENERAL LIMITED, FUJITSU GENERAL AMERICA, INC., FUJITSU MICROELECTRONICS AMERICA, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 20, 2007

_____
Hon. Joseph C. Spero
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

pa-1140289

## **SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures and/or written concurrences for any signature indicated by a "conformed" signature (/s/) within this electronically filed document.

By:    /s/
         Perry Goldberg

pa-1140289