UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>FUJITSU LIMITED, a foreign corporation, FUJITSU GENERAL LIMITED, a foreign corporation, FUJITSU HITACHI PLASMA DISPLAY LIMITED, a foreign corporation, FUJITSU GENERAL AMERICA, INC., a Delaware corporation, FUJITSU MICROELECTRONICS AMERICA, INC., a California corporation,<br><br>Defendants. | Case No.  C02-01673 JCS<br><br>**[PROPOSED] STIPULATED ORDER POSTPONING CASE MANAGEMENT CONFERENCE** |
| AND COUNTERCLAIMS. | |

The parties to this action, through their counsel of record, hereby stipulate and agree as follows:

WHEREAS a case management conference is currently scheduled for May 25, 2007; and

WHEREAS the parties require additional time to complete the mediation process and do not seek a continuance for purposes of delay or other improper reason.

[PROPOSED] STIPULATED ORDER POSTPONING CASE MANAGEMENT CONFERENCE
Case No. C02-01673 JCS
pa-1167337

IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

1. The Case Management Conference shall be continued to June 29, 2007.
2. The parties shall file Case Management Statements by June 22, 2007.

Dated: May 18, 2007   IRELL & MANELLA LLP

By:   s/Perry Goldberg
      Perry Goldberg

Attorneys for Plaintiff and Counterdefendant THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS

Dated: May 18, 2007   K & L GATES LLP

By:   s/John J. Cotter
      John J. Cotter

Attorneys for Counterdefendant COMPETITIVE TECHNOLOGIES, INC.

Dated: May 18, 2007   MORRISON & FOERSTER LLP

By:   s/Karl J. Kramer
      Karl J. Kramer

Attorneys for Defendants and Counterclaimants FUJITSU LIMITED, FUJITSU HITACHI PLASMA DISPLAY LIMITED, FUJITSU GENERAL LIMITED, FUJITSU GENERAL AMERICA, INC., FUJITSU MICROELECTRONICS AMERICA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 21, 2007

Hon. Jose_____
United Sta_____

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

pa-1167337

1 | I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this
2 | **[PROPOSED] STIPULATED ORDER POSTPONING CASE MANAGEMENT**
3 | **CONFERENCE.** In compliance with General Order 45, X.B, I hereby attest that Perry
4 | Goldberg and John J. Cotter have concurred in this filing.
5 | Dated: May 18, 2007        MORRISON & FOERSTER LLP

By: s/Karl J. Kramer
Karl J. Kramer
Attorneys for Defendants and Counterclaimants
FUJITSU LIMITED, FUJITSU HITACHI
PLASMA DISPLAY LIMITED, FUJITSU
GENERAL LIMITED, FUJITSU GENERAL
AMERICA, INC., FUJITSU
MICROELECTRONICS AMERICA, INC.

pa-1167337