1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12   THE BOARD OF TRUSTEES OF THE                    Case No.    C02-01673 JCS
     UNIVERSITY OF ILLINOIS, an Illinois
13   corporation,                                    [PROPOSED] STIPULATED
                                                     ORDER POSTPONING CASE
14                         Plaintiff,                MANAGEMENT CONFERENCE

15          v.

16   FUJITSU LIMITED, a foreign corporation,
     FUJITSU GENERAL LIMITED, a foreign
17   corporation, FUJITSU HITACHI PLASMA
     DISPLAY LIMITED, a foreign corporation,
18   FUJITSU GENERAL AMERICA, INC., a
     Delaware corporation, FUJITSU
19   MICROELECTRONICS AMERICA, INC., a
     California corporation,
20
                           Defendants.
21

22   AND COUNTERCLAIMS.

23

24          The parties to this action, through their counsel of record, hereby stipulate and agree as

25   follows:

26          WHEREAS a case management conference is currently scheduled for June 29, 2007;

27          WHEREAS the parties have reached an agreement on terms that settle the pending

28   litigation;

1    WHEREAS the parties' representatives are in the process of executing the written

2    agreement that settles this matter; and

3    WHEREAS the parties agree that the Court should maintain jurisdiction over this matter

4    until said agreement is executed.

5    IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

6    1.   The Case Management Conference shall be continued to August 31, 2007.

7    2.   The parties shall file Case Management Statements by August 24, 2007, or shall

8    earlier file a stipulated dismissal of the above-captioned action.

9

10   Dated: June 19, 2007                    IRELL & MANELLA LLP

11

12                                           By:   s/Perry Goldberg
                                                   Perry Goldberg

13                                           Attorneys for Plaintiff and
                                             Counterdefendant THE BOARD OF
14                                           TRUSTEES OF THE UNIVERSITY
                                             OF ILLINOIS
15

16   Dated: June 19, 2007                    K & L GATES LLP

17

18                                           By:   s/John J. Cotter
                                                   John J. Cotter

19                                           Attorneys for Counterdefendant
                                             COMPETITIVE TECHNOLOGIES,
20                                           INC.

21   Dated: June 19, 2007                    MORRISON & FOERSTER LLP

22

23                                           By:   s/Karl J. Kramer
                                                   Karl J. Kramer

24
                                             Attorneys for Defendants and
25                                           Counterclaimants FUJITSU LIMITED,
                                             FUJITSU HITACHI PLASMA
26                                           DISPLAY LIMITED, FUJITSU
                                             GENERAL LIMITED, FUJITSU
27                                           GENERAL AMERICA, INC.,
                                             FUJITSU MICROELECTRONICS
28                                           AMERICA, INC.

1

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.   No further continuances will

3    be permitted.

     Dated: _____June 21_____, 2007

4

5                                              _____
                                               Hon. _____
6                                              United _____ Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

pa-1173868

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this

**[PROPOSED] STIPULATED ORDER POSTPONING CASE MANAGEMENT**

**CONFERENCE.**  In compliance with General Order 45, X.B,  I hereby attest that Perry

Goldberg and John J. Cotter have concurred in this filing.

Dated:  June 19, 2007          MORRISON & FOERSTER LLP


By:     s/Karl J. Kramer
        Karl J. Kramer
        Attorneys for Defendants and Counterclaimants
        FUJITSU LIMITED, FUJITSU HITACHI
        PLASMA DISPLAY LIMITED, FUJITSU
        GENERAL LIMITED, FUJITSU GENERAL
        AMERICA, INC., FUJITSU
        MICROELECTRONICS AMERICA, INC.

pa-1173868