UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>FUJITSU LIMITED, a foreign corporation, FUJITSU GENERAL LIMITED, a foreign corporation, FUJITSU HITACHI PLASMA DISPLAY LIMITED, a foreign corporation, FUJITSU GENERAL AMERICA, INC., a Delaware corporation, FUJITSU MICROELECTRONICS AMERICA, INC., a California corporation,<br><br>Defendants.<br><br>AND COUNTERCLAIMS. | Case No.   C02-01673 JCS<br><br>**[PROPOSED] STIPULATED ORDER DISMISSING CASE WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice. This stipulated dismissal with prejudice is entered pursuant to Fed. R. Civ. P. 41(a)(1).

| | |
|---|---|
| 1    Dated: July 12, 2007 | IRELL & MANELLA LLP |

By:    s/Perry Goldberg
         Perry Goldberg

Attorneys for Plaintiff and Counterdefendant THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS

Dated: July 12, 2007      KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By:    s/John J. Cotter
         John J. Cotter

Attorneys for Counterdefendant COMPETITIVE TECHNOLOGIES, INC.

Dated: July 12, 2007      MORRISON & FOERSTER LLP

By:    s/Karl J. Kramer
         Karl J. Kramer

Attorneys for Defendants and Counterclaimants FUJITSU LIMITED, FUJITSU HITACHI PLASMA DISPLAY LIMITED, FUJITSU GENERAL LIMITED, FUJITSU GENERAL AMERICA, INC., FUJITSU MICROELECTRONICS AMERICA, INC.

[PROPOSED] STIPULATED ORDER DISMISSING CASE WITH PREJUDICE
CASE NO. C02-01673 JCS
pa-1180222

2

I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this **[PROPOSED] STIPULATED ORDER DISMISSING CASE WITH PREJUDICE.** In compliance with General Order 45, X.B, I hereby attest that Perry Goldberg and John J. Cotter have concurred in this filing.

Dated: July 12, 2007    MORRISON & FOERSTER LLP

By: s/Karl J. Kramer
Karl J. Kramer

Attorneys for Defendants and Counterclaimants FUJITSU LIMITED, FUJITSU HITACHI PLASMA DISPLAY LIMITED, FUJITSU GENERAL LIMITED, FUJITSU GENERAL AMERICA, INC., FUJITSU MICROELECTRONICS AMERICA, INC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 23, 2007

Hon. [signature: Judge Joseph C. Spero]
United States [Magistrate] Judge

[PROPOSED] STIPULATED ORDER DISMISSING CASE WITH PREJUDICE
CASE NO. C02-01673 JCS
pa-1180222

3